# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

LENA TAYLOR,                                          )
                                                      )
        Plaintiff,                          )
                                                      )
v.                                                    )          Case No. 09-CV-160-JHP
                                                      )
MICHAEL J ASTRUE,                                     )
Commissioner of Social Security Administration,       )
        Defendant.                          )

## ORDER

On April 22, 2009, Plaintiff filed a Social Security Complaint seeking judicial review of a final administrative decision [Docket No. 1], and a motion to proceed *in forma pauperis* [Docket No. 2].

The Affidavit of Financial Status provided by Plaintiff in support of her motion to proceed *in forma pauperis* reveals that as of April 21, 2009, Plaintiff had a combined $3,433.00 cash in a bank and a credit union. As a result, the Court finds that Plaintiff does have the ability to pay the $350.00 filing fee in this action and her motion to proceed *in forma pauperis* shall be denied.

**ACCORDINGLY, IT IS HEREBY ORDERED that**:

1.    Plaintiff's motion to proceed *in forma pauperis* [Docket No. 3] is DENIED.

2.    Within thirty (30) days of the entry of this Order, Plaintiff shall submit to the Court the requisite $350.00 filing fee or show cause in writing for her failure to do so.

**Failure to comply with this Order may result in the dismissal of this action without prejudice and without further notice.**

IT IS SO ORDERED this 27th day of April, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma